# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
Jan 16, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| **United States of America** | ) ) | |
| vs. | ) ) | Case No. 1:24-cr-00128-JLT-SKO-12 |
| **Kiara Sinaii Valdivia** | ) ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Kiara Sinaii Valdivia_, have discussed with _Kenneth Moyal_, defense counsel, modifications of my release conditions as follows:

1. You must refrain from any use of alcohol;
2. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;
3. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,
4. All previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| /s/ Kiara Sinaii Valdivia | 1/16/2025 | /s/ Anthony Perez | 1/16/2025 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| /s/ Justin Gilio |  | 1/16/2025 |
|---|---|---|
| Signature of Assistant United States Attorney |  | Date |
| Justin J. Gilio | | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| /s/ Kenneth Moyal |  | 1/16/2025 |
|---|---|---|
| Signature of Defense Counsel |  | Date |
| Kenneth Moyal | | |

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on **Jan 16, 2025**.
☐ The above modification of conditions of release is *not* ordered.

| *[signature]* | **Jan 16, 2025** |
|---|---|
| Signature of Judicial Officer | Date |
| cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services | |